IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-CV-01707

BUILDING SERVICES GROUP, INC., a Florida corporation, f/k/a MASCO CONTRACTOR SERVICES CENTRAL, INC., d/b/a MATO,

Plaintiff,

v.

KENNETH SCOTT KING, an individual, and F. RODGERS CORPORATION, a California corporation,

Defendants.

## ORDER OF RECUSAL

This matter is before me after receipt of Plaintiff's Complaint and Motion for Temporary Restraining Order (docket #1 & 2), filed August 14, 2007. This morning, my chambers was contacted by an attorney at the law firm of Faegre & Benson who indicated that he would be filing an entry of appearance on behalf of the Defendants. My daughter is an associate at the law firm of Faegre & Benson. For this reason, I believe that it would be inappropriate for me to preside over this case. Accordingly, I should recuse myself. It is therefore

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

Dated: August 15, 2007

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge