IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cv-01707-REB

BUILDING SERVICES GROUP, INC. a Florida corporation, f/k/a MASCO CONTRACTOR SERVICES, INC., d/b/a MATO,

    Plaintiff,

v.

KENNETH SCOTT KING, an individual, and
F. RODGERS CORPORATION, a California corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Notice of Dismissal Without Prejudice** [#24], filed August 21, 2007. After careful review of the notice and the file, the court has concluded that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal Without Prejudice** [#24], filed August 21, 2007, is **APPROVED**;

2. That the hearing set for August 22, 2007, on the **Plaintiff's Motion for a Temporary Restraining Order** [#2], filed August 14, 2007, is **VACATED**; and

3. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated August 22, 2007, at Denver, Colorado.

                                                         **BY THE COURT:**

                                                         **s/ Robert E. Blackburn**
                                                         **Robert E. Blackburn**
                                                         **United States District Judge**